SO ORDERED.

Dated: December 02, 2009

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26051/0200719995

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-12093-RTB |
| Wade Robert Wiggen and Linda Louise Wiggen<br>    Debtors. | Chapter 7 |
| Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>    Movant,<br>   vs. | ORDER<br><br>(Related to Docket #39) |
| Wade Robert Wiggen and Linda Louise Wiggen, Debtors, David A. Birdsell, Trustee.<br><br>    Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 8, 2006 and recorded in the office of the Pinal County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Wade Robert Wiggen and Linda Louise Wiggen have an interest in, further described as:

> Commencing 8t the Southwest corner of Plrcel 19, Chandler Heights Citrus Tract Unit 3626, according of Book 23 of Maps, Page 7, records of Maricopa County, Arizona;
>
> Thence North 89 degrees 24 minutes 52 seconds East along the South line of said Parcel 19,190.00 feet to the True Point of Beginning;
>
> Thence continuing North 89 degrees 24 minutes 52 seconds East 131.00 feet to a point:
>
> Thence North 0 degree. 03 minutes 20 seconds West 325.06 feet to a point
>
> Thence South 89 degrees 25 minutes 01 seconds West along the South line of that parcel described at Recorders No. 92028500601 record, of the Maricopa County, Arizona. 131.00 feel to a point;
>
> Thence South 0 degrees 03 minutes 20 seconds East along the Easterly line of these parcels described at Recorders No. 930143618, 325.06 Feet to the point of beginning.
>
> Together with an elsement for Ingress and egress over the South 20 feet of the following described parcel;
>
> Beginning at the Southwest corner of Parcel 19, Chandler Heights Citrus Tract Unit 3626, as recorded In Sook 23 of Maps, pege 7. records of the Maricopa County, Arizona. being located in Section 36, Township 2 South. Range 6 East of the Gila and Salt River Base and Meridian, Maricopa County. Arizona;
>
> Thence North 0 degrees 03 minutes 20 seconds West along the Westerly line of said Parcel 19, a distance of 216.69 feet to a point from which the Northwest corner of said Parcel 19 bears 0 degrees 03 minutes 20 seconds West 433.37 feet distant therefrom;
>
> Thence North 89 degrees 24 minutes 67 Seconds East 190.00 feet to a point from Which a point on the Northerly line of said Parcel 19, bears North 0 degrees 03 minutes 20 seconds West 433.36 feet distant therefrom;
>
> Thence South 0 degrees 03 minutes 20 seconds East, being parallel with the said Westerly line of Parcel 19, a distance of 216.62 feet to a oaint on the Southerly line of said Parcel;
>
> Thence South 89 degrees 24 minutes 62 second, West along the Southerly line of Parcel 19. a distance of 190.00 feet to the Point of Beginning.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance

Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this \_\_\_\_ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT